William C. Rava (*pro hac vice* forthcoming)
WRava@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
Telephone:  206.359.8000
Facsimile:  206.359.9000

Andrew N. Klein, CA Bar No. 300221
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  95130
Telephone:  650.838.4300
Facsimile:  650.838.4350

Attorneys for Plaintiff
EPIC GAMES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., a Maryland corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>ROBIN KREIBICH, an individual,<br><br>            Defendant. | Case No.  3:16-cv-03380-EMC<br><br>**STIPULATION AND [PROPOSED] PERMANENT INJUNCTION** |

Plaintiff Epic Games, Inc. ("Epic") and Defendant Robin Kreibich ("Kreibich") (collectively, the "Parties") as part of the settlement in this matter stipulate to the entry of this Stipulated Permanent Injunction.

1. Kreibich, a resident of Germany, submitted to the jurisdiction of this Court by submitting a counter notification consenting to the jurisdiction of this district under the Digital Millennium Copyright Act, 17 U.S.C. § 512.

2. This Court has jurisdiction over the Parties and the subject matter at issue in this action.

3. This Stipulation and Permanent Injunction and the Settlement Agreement have been translated into German and Kreibich acknowledges that he has reviewed the Settlement Agreement and this Stipulation and Permanent Injunction and understands their meaning and effect.

4. **Permanent Injunction.** Defendant Robin Kreibich along with his agents, representatives, partners, joint venturers, servants, employees and all those persons or entities acting in concert or participation with him, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

    a) imitating, copying, or making any other infringing use or infringing distribution of Paragon or any other works now or hereafter protected by any of Epic's copyrights;

    b) creating, writing, developing, advertising, promoting and/or distributing anything that infringes Epic's works now or hereafter protected by any of Epic's copyrights;

    c) engaging in any other activity constituting an infringement of any of Epic's copyrights, or of Epic's rights in, or right to use or exploit its copyrights;

    d) unfairly competing with Epic in any manner whatsoever; and

    e) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referenced in paragraphs 2(a) through 2(d) above.

5.     **Future Claims Unaffected.** Nothing in this Stipulation and Permanent Injunction precludes Epic or Defendant from asserting any claims or rights that arise solely after Defendant's stipulation to this Stipulation and Permanent Injunction or that are based upon any breach of, or the inaccuracy of, any representation or warranty made by Defendant or Epic in this Stipulation and Permanent Injunction or the Settlement Agreement reached by the Parties.

6.     **Claims Against Third Parties Unaffected.** Nothing in this Stipulation and Permanent Injunction precludes Epic or Defendant from asserting any claims or rights as against any third party.

7.     **Non-Appealability.** This Stipulated Permanent Injunction is final and may not be appealed by either party.

8.     **Rule 65(d).** The Defendants waive any objection under Federal Rule of Civil Procedure 65(d) (pertaining to injunctions) to paragraph 2 above.

**IT IS SO AGREED.**

DATED: July 22, 2016

PERKINS COIE LLP

By: _s/Andrew N. Klein_
William C. Rava (*pro hac vice* forthcoming)
WRava@perkinscoie.com
Andrew N. Klein, CA Bar No. 300221
AKlein@perkinscoie.com
Attorneys for Plaintiff EPIC GAMES, INC.

DATED: June 16, 2016

By: _/s/_
Robin Kreibich

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Counsel shall submit final judgment to the Court.

DATED this 27th day of July, 2016

Judge Edward M. Chen
DISTRICT COURT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATED PERMANENT INJUNCTION
Case No. 16-cv-03380-EMC

-3-

131695355